ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| CAPE Environmental Management, Inc. | )   ASBCA No. 63064 |
| | ) |
| Under Contract No. N40080-16-C-0161 | ) |

APPEARANCES FOR THE APPELLANT:     Kevin P. Mullen, Esq.
                                                          Lyle F. Hedgecock, Esq.
                                                            Morrison & Foerster LLP
                                                            Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                                          Navy Chief Trial Attorney
                                                          Kyle W. Krombach, Esq.
                                                            Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 14, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63064, Appeal of CAPE Environmental Management, Inc., rendered in conformance with the Board's Charter.

Dated:  October 14, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals